# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00363-CV

**Michele Shimek, Appellant**

**v.**

**Texas Comptroller of Public Accounts, Appellee**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-15-001681
### THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on July 26, 2019. On counsel's motion and the Court's own motion, the time for filing was extended to December 2, 2019. Appellant's counsel has now been allowed to withdraw from the case, and appellant has filed a pro se motion for extension of time, seeking an extension to April 20, 2020, which would be almost 9 months from the original brief deadline. We grant in part the motion for extension of time and order appellant to file a brief **no later than February 3, 2020**—192 days from the original brief deadline. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on December 4, 2019.

Before Chief Justice Rose, Justices Triana and Smith